## OPT-IN CONSENT FORM

*MARTINEZ, ET AL. v. CARGILL MEAT SOLUTIONS CORP.*
Case No. 4:09-cv-03079-RGK-DLP
United States District Court, District of Nebraska

**Complete And Mail To:**
RUST CONSULTING, INC.
ATTN: CARGILL WAGE & HOUR LITIGATION
INSERT ADDRESS
INSERT ADDRESS

| Name:<br>(Please Print) | Date of Birth: |
|---|---|
| Address: | Phone No.: |

**CONSENT TO JOIN COLLECTIVE ACTION**
**Pursuant to Fair Labor Standards Act, 29 U.S.C. § 216(b)**

1. I consent and agree to pursue my claims arising out of violations of the Fair Labor Standards Act in connection with the above-referenced lawsuit.

2. I worked as an hourly employee of Cargill's Schuyler, Nebraska meat-processing facility from on or about **(month, year)** _____ to on or about **(month, year / the present)** _____.

3. I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201 *et seq*. I hereby consent, agree and opt-in to become a Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4. I specifically authorize the named Plaintiffs, and their attorneys, Philip (Felipe) Downey, Esq., Berger & Montague, P.C., Schneider Wallace Cottrell Brayton Konecky LLP, and Welsh & Welsh, P.C., L.L.O., as my agents to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all compensation claim(s) I have against Cargill regarding my claims.

| (Date Signed) | (Signature) |
|---|---|

**\*\*NOTE\*\***

**Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.**