CONSENTIMIENTO PARA UNIRME A DEMANDA COMO DEMANDANTE
CONTRA CARGILL MEAT SOLUTIONS, *et al.*

Al ESCRIBIENTE DE LA CORTE Y ABOGADO DE RECORDS

Yo, **Aileen Velazquez** estipulo lo siguiente

1. Tengo mas de 18 anos y estoy competente para dar mi autorización.

2. Yo estoy empleado, o estuve empleado por Cargill Meat Solutions Corp.
En su planta procesadora localizada en Schuyler, Nebraska
Trabaje en este lugar desde (mes) **05-06-02** (año) **2002**, hasta **2006**

3. Tengo entendido que se va a entablar una demanda para recabar de mi empleador, compensaciones por actividades llevadas a cabo antes y después de los horarios de trabajo. Entiendo que la demanda además va a tratar de recobrar horas de trabajo no pagadas. Yo entiendo que esta demanda es aplicable tanto a la Ley Federal y a Estatutos de el Estado.

4. Creo que no me han pagado todas las horas que he trabajado incluyendo horas extraordinarias.

5. Doy mi consentimiento y estoy de acuerdo de demandar, y estoy limitado a la liquidación del caso o adjudicación de la corte donde el caso se haya presentado.

6. Entiendo que esta demanda va a incluir a mí y a varios otros empleados en uno o establecimiento localizados en Schuyler, Nebraska. Si se presenta como una acción representativa bajo la ley Federal o del Estado. Yo doy mi consentimiento para unirme a este expediente y estoy de acuerdo a ser nombrado demandante en esta acción.

Yo juro y afirmo que lo anteriormente declarado es verdadero.

Fecha, ~~Agosto~~ **21**, 2009
Firma su nombre: *aileenVelazpena*
Imprima (deletrea) su Nombre: **Aileen Velazquez P.**

Imprima su dirección y su numero de teléfono:

[redacted]

Tel - 402-615-0374