# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JUAN MARTINEZ, on behalf of himself and all others similarly situated, </br></br>Plaintiffs, </br></br>v. </br></br>CARGILL MEAT SOLUTIONS CORPORATION, </br></br>Defendant. | Case No: 4:09CV3079 </br></br>**AMENDED PROGRESSION SCHEDULE** |
| DALE HAFERLAND, JUAN MUNOZ, KARLA VELASQUEZ, and MANUE CORONA, on behalf of themselves and all other similarly situated individuals, </br></br>Plaintiffs, </br></br>v. </br></br>CARGILL MEAT SOLUTIONS CORPORATION, </br></br>Defendant. | Case No. 8:09CV00247 |

Pursuant to the parties' Joint Motion and Stipulation, filed in *Martinez* as document number 82 and in *Haferland, et al.* as document number 53, and for good cause shown,

IT IS HEREBY ORDERED that the deadlines set in the April 1, 2010 Progression Order are continued as follows:

1. Plaintiffs' deadline to conduct the first day of their requested five-day plant inspection with their expert and videographer is continued to July 9, 2010.

2. The Phase I deposition deadline is continued to July 9, 2010.

3. Defendant's deadline to file a motion for summary judgment on the 29 U.S.C.A. §§ 203(o) and 259 and the state law preemption issues is continued to August 20, 2010, Plaintiffs' deadline to file a joint opposition to the motion is continued to September 10, 2010, and the deadline for any reply by Defendant is continued to October 1, 2010.

Dated: June 21, 2010

BY THE COURT:

s/ *Cheryl R. Zwart*
United States Magistrate Judge