# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JUAN MARTINEZ, on behalf of himself and all others similarly situated, | )<br>)<br>) |
| Plaintiffs, | ) Case No: 4:09CV03079 |
| v. | )<br>) |
| CARGILL MEAT SOLUTIONS CORPORATION, | )<br>)<br>) |
| Defendant. | )<br>) |
| DALE HAFERLAND, JUAN MUNOZ, KARLA VELASQUEZ, and MANUE CORONA, on behalf of themselves and all other similarly situated individuals, | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | ) Case No. 8:09CV00247 |
| v. | )<br>) |
| CARGILL MEAT SOLUTIONS CORPORATION, | )<br>)<br>) |
| Defendant. | ) |

## ORDER GRANTING JOINT MOTION TO CONTINUE
## DEADLINES SET IN THE PROGRESSION ORDER

Pursuant to the parties' Joint Motion and Stipulation, filed in *Martinez* as document number 86 and in *Haferland, et al.* as document number 58, and for good cause shown, IT IS HEREBY ORDERED that the deadlines set in the June 21, 2010 Progression Order are continued as follows:

1. The Phase I deposition deadline is continued to August 26, 2010; and

2. Defendant's deadline to file a motion for summary judgment on the 29 U.S.C.A. §§ 203(o) and 259 and the state law preemption issues is

continued to October 15, 2010, Plaintiffs' deadline to file a joint

opposition to the motion is continued to November 5, 2010, and the

deadline for any reply by Defendant is continued to November 19, 2010.

IT IS SO ORDERED.

Dated:  August 3, 2010

                                                BY THE COURT:

                                                s/ *Cheryl R. Zwart*
                                                United States Magistrate Judge