IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JUAN MARTINEZ, on behalf of himself and all others similarly situated,<br><br>                       Plaintiffs,<br><br>   v.<br><br>CARGILL MEAT SOLUTIONS CORPORATION,<br><br>                       Defendant. | Case No: 4:09CV3079 |
| DALE HAFERLAND, JUAN MUNOZ, KARLA VELASQUEZ, and MANUE CORONA, on behalf of themselves and all other similarly situated individuals,<br><br>                       Plaintiffs,<br><br>   v.<br><br>CARGILL MEAT SOLUTIONS CORPORATION,<br><br>                       Defendant. | Case No. 8:09CV00247 |

## DEFENDANT CARGILL MEAT SOLUTIONS CORPORATION'S INDEX OF EVIDENCE SUBMITTED IN SUPPORT OF ITS <u>MOTION FOR PARTIAL SUMMARY JUDGMENT</u>

The following exhibits are attached to Defendant's Index of Evidence submitted in support of Defendant's Motion for Partial Summary Judgment:

| | |
|---|---|
| **Exhibit A** | Agreement Between Cargill Meat Solutions Corporation and UFCW and its Local # 22, November 5, 2005 through November 14, 2010 (Bright Deposition Exhibit 6) |
| **Exhibit B** | Steven Thompson's August 26, 2010 Deposition Transcript (Excerpts) |
| **Exhibit C** | Sarah Heller-Glen's August 25, 2010 Deposition Transcript (Excerpts) |

| | |
|---|---|
| **Exhibit D** | Sarah Heller-Glen's August 27, 2009 Declaration |
| **Exhibit E** | Juan Martinez's November 17, 2009 Deposition Transcript (Excerpts) |
| **Exhibit F** | May 2009 Schuyler Employee Handbook (Heller-Glen Deposition Exhibit 5) |
| **Exhibit G** | Job Task Procedure for Trim Clods Position (Martinez Deposition Exhibit 1) |
| **Exhibit H** | Additional Job Task Procedures (Thompson Deposition Exhibit 14) |
| **Exhibit I** | Gary Bright's July 9, 2010 Deposition Transcript (Excerpts) |
| **Exhibit J** | March 3, 2006 Memorandum to Schuyler Employees (Heller-Glen Deposition Exhibit 8) |
| **Exhibit K** | Martinez Response to Interrogatories No. 10 |
| **Exhibit L** | Guzman Response to Interrogatories No. 10 |
| **Exhibit M** | Joint Time Study (Excerpts) (Bright Deposition Exhibit 2) |
| **Exhibit N** | 2000 Agreement Between Defendant and United Food and Commercial Workers Union (Bright Deposition Exhibit 4) |
| **Exhibit O** | June 6, 2002 Opinion Letter by the Administrator of the Wage and Hour Division of the U.S. Department of Labor |
| **Exhibit P** | 2006 Grievance (Heller-Glen Deposition Exhibit 10) |
| **Exhibit Q** | April 14, 2006 CMSC Request for Opinion Letter |
| **Exhibit R** | May 14, 2007 Opinion Letter by the Administrator of the Wage and Hour Division of the U.S. Department of Labor |

Dated: October 15, 2010                     Respectfully submitted,

                                                 s/ Jeremy J. Glenn
                                                 Counsel for Defendant

                                                 Joseph E. Tilson
                                                 Jeremy J. Glenn
                                                 Meckler Bulger Tilson Marick & Pearson LLP
                                                 123 North Wacker Drive, Suite 1800
                                                 Chicago, Illinois  60606
                                                 Tel: (312) 474-7900

Fax: (312) 474-7898
joe.tilson@mbtlaw.com
jeremy.glenn@mbtlaw.com


Gail S. Perry
Baylor, Evnen, Curtiss, Grimit & Witt, LLP
Wells Fargo Center
1248 "O" Street, Suite 600
Lincoln, Nebraska 68508
Tel: (402) 475-1075
Fax: (402) 475-9515
gperry@baylorevnen.com

M:\13443\pleading\CMSC MSJ Index of Evidence Final.doc

## CERTIFICATE OF SERVICE

      I, Jeremy Glenn, hereby certify that on October 15, 2010, I electronically filed the foregoing **Defendant Cargill Meat Solutions Corporation's Index Of Evidence Submitted In Support Of Its Motion For Partial Summary Judgment** with the Clerk of the Court using the CM/ECF System which sent electronic notification of such filing to the following:

Brian P. McCafferty
Kenney & McCafferty Law Firm
3031C Walton Road, Suite 202
Plymouth Meeting, PA 19462

Michael Hamilton
Provost Umphrey Law Firm, LLP
1 Burton Hills Boulevard, Suite 380
Nashville, TN 37215

Philip A. Downey
DOWNEY LAW FIRM
PO Box 736
Unionville, PA 19375

Carolyn H. Cottrell
Todd M. Schneider
SCHNEIDER, WALLACE LAW FIRM
180 Montgomery Street, Suite 2000
San Francisco, CA 94104

Eric L. Young
Brandon J. Lauria
Egan & Young
526 Township Line Road
Blue Bell, PA 19422

Roger Doolittle
Doolittle Law Firm
460 Briarwood Drive, Suite 500
Jackson, MS 39206

Christopher P. Welsh
WELSH, WELSH LAW FIRM
9290 West Dodge Street, 100 The Mark
Omaha, NE 68114

Shanon J. Carson
James A. Wells
Jonathan D. Berger
Russell D. Henkin
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103

                              /s/ Jeremy J. Glenn

M:\13443\pleading\CMSC MSJ Index of Evidence Final.doc