# EXHIBIT N

# TO BE FILED UNDER SEAL