IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JUAN MARTINEZ, on behalf of themselves and all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | 4:09CV3079 |
| v. | ) ) | |
| CARGILL MEAT SOLUTIONS, Corporation, | ) ) ) | MEMORANDUM AND ORDER |
| Defendant. | ) ) | |
| _____ | ) ) | |
| DALE HAFERLAND, on behalf of themselves and all other similarly situated individuals, et. al., | ) ) ) ) | |
| Plaintiff, | ) ) | 8:09CV247 |
| v. | ) ) | |
| CARGILL MEAT SOLUTIONS, Corporation, | ) ) ) | |
| Defendant. | ) ) | |

Dispositive motions were recently been filed and remain pending. Further, after these cases were consolidated, an order was entered to allow case progression in phases. However, the pretrial and trial deadlines in 4:09CV3079 were not removed from the court's calendar. Accordingly, on the court's own motion, to resolve the discrepancy between the court's calendar and its later orders,

IT IS ORDERED that the pretrial conference scheduled in case no. 4:09CV3079 for November 23, 2010 at 10:00 a.m., and the trial scheduled in 4:09CV3079 for December 13, 2010 are continued pending further order of the court.

November 9, 2010.                              BY THE COURT:

                                               s/ *Cheryl R. Zwart*
                                               United States Magistrate Judge