IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JUAN MARTINEZ, on behalf of themselves and all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | 4:09CV3079 |
| V. | ) ) | |
| CARGILL MEAT SOLUTIONS, Corporation, | ) ) ) | **MEMORANDUM AND ORDER** |
| Defendant. | ) ) | |

| | | |
|---|---|---|
| DALE HAFERLAND, JUAN MUNOZ, KARLA VELASQUEZ, and MANUE CORONA, on behalf of themselves and all other similarly situated individuals, | ) ) ) ) ) ) ) | |
| Plaintiffs. | ) ) | 8:09CV247 |
| V. | ) ) | |
| CARGILL MEAT SOLUTIONS, Corporation, | ) ) ) | **MEMORANDUM AND ORDER** |
| Defendant. | ) ) | |

This matter is before the court on Plaintiffs' Motion to Strike from the Public Record and File under Seal Exhibit EE and Exhibit S to Plaintiffs' Index of Evidence in Opposition to Defendant's Motion for Partial Summary Judgment (Case No. 4:09CV3079, filing 98; Case No. 8:09CV247, filing 70.) The motion shall be

granted.

    IT IS ORDERED:

1. Plaintiffs' Motion to Strike from the Public Record and File under Seal Exhibit EE and Exhibit S to Plaintiffs' Index of Evidence in Opposition to Defendant's Motion for Partial Summary Judgment (Case No. 4:09CV3079, filing 98; Case No. 8:09CV247, filing 70) is granted.

2. The Clerk of Court shall strike Exhibit EE (Case No. 4:09CV3079, filing 93-31 at CM/ECF pp. 1-2; Case No. 8:09CV247, filing 65-31 at CM/ECF pp. 1-2) from the record and file it under seal. Access to the document is hereby restricted to the court and the parties to this action, including counsel of record.

3. The Clerk of Court shall strike page 39 of Exhibit S (Case No. 4:09CV3079, filing 93-19 at CM/ECF p. 39; Case No. 8:09CV247, filing 65-19 at CM/ECF p. 39) from the record and file it under seal. Access to page 39 of Exhibit S is hereby restricted to the court and the parties to this action, including counsel of record.

November 15, 2010.

                BY THE COURT:
                *Richard G. Kopf*
                United States District Judge