IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JUAN MARTINEZ, on behalf of themselves and all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | 4:09CV3079 |
| V. | ) ) | |
| CARGILL MEAT SOLUTIONS, Corporation, | ) ) ) | **ORDER** |
| Defendant. | ) ) | |
| DALE HAFERLAND, JUAN MUNOZ, KARLA VELASQUEZ, and MANUE CORONA, on behalf of themselves and all other similarly situated individuals, | ) ) ) ) ) ) ) | |
| Plaintiffs. | ) ) | 8:09CV247 |
| V. | ) ) | |
| CARGILL MEAT SOLUTIONS, Corporation, | ) ) ) | **ORDER** |
| Defendant. | ) ) | |

This matter is before the court on Defendant's motion for extension of time to file a brief in reply to Plaintiffs' opposition to Defendant's motion for partial summary judgment. (Case No. 4:09CV3079, filing 100; Case No. 8:09CV247, filing 72.) After careful consideration of Plaintiffs' objections to the motion (Case No.

4:09CV3079, filing 101; Case No. 8:09CV247, filing 73), the court finds that the motion shall be granted.

IT IS ORDERED:

1. Defendant's motion for extension of time to file a reply brief (Case No. 4:09CV3079, filing 100; Case No. 8:09CV247, filing 72) is granted;

2. Defendant shall file its brief in reply to Plaintiffs' opposition to Defendant's motion for partial summary judgment on or before December 3, 2010.

On November 17, 2010,

BY THE COURT:
*Richard G. Kopf*
United States District Judge