IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JUAN MARTINEZ, on behalf of themselves and all others similarly situated, | ) ) ) ) | 4:09CV3079 |
| Plaintiff, | ) ) | |
| v. | ) ) | MEMORANDUM AND ORDER |
| CARGILL MEAT SOLUTIONS, Corporation, | ) ) ) ) | |
| Defendant. | ) | |

After conferring with the parties,

IT IS ORDERED:

1) A telephonic status conference to discuss further case progression will be held before the undersigned magistrate judge on June 16, 2011 at 1:00 p.m. Counsel for the plaintiffs shall place the call.

2) The June 16, 2011 status conference will be cancelled if, prior to the conference call, the parties:

   a. advise the court that the case is settled, along with a proposed date for submitting a motion to approve the settlement; or

   b. propose a suitable schedule (by motion, stipulation, or email to zwart@ned.uscourts.gov) for further progression of this case to trial.

DATED this 1st day of June, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge