IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JUAN MARTINEZ, on behalf of themselves and all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) ) | 4:09CV3079 |
| v. | ) ) | |
| CARGILL MEAT SOLUTIONS, Corporation, | ) ) ) ) | MEMORANDUM AND ORDER |
| Defendant. | ) | |

After conferring with the parties today,

IT IS ORDERED:

On or before July 8, 2011, the parties shall file their joint motion for court approval of the settlement agreement reached on plaintiffs' FLSA claims.

DATED this 16th day of June, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge